1  MARK E. OVERLAND (State Bar No. 38375)
   LAW OFFICES OF MARK E. OVERLAND
2  100 Wilshire Blvd., Ste. 950
   Santa Monica, CA  90401
3  Telephone:   (310) 459-2830
   Facsimile:    (310) 459-4621
4  Email:         mark@overlaw.net
   Attorney for Plaintiff, WILLIAM RAY ESPINOZA
5
   DOUGLAS G. GRAY (State Bar No. 37048)
6  LAW OFFICES OF DOUGLAS G. GRAY
   5850 Canoga Ave., Ste 400
7  Woodland Hills, CA 91367
   Telephone:   (818) 888-7632
8  Facsimile:    (818) 888-7427
   Email: douglaw368434@aol.com
9  Attorney for Plaintiffs, ISABEL M. LOPEZ,
   WILLIAM ESPINOZA, JR., ANGELA
10 ESPINOZA, TERESA RICO and ISABEL
   LOPEZ

11

12              UNITED STATES DEISTRICT COURT FOR THE

13                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ESPINOZA, ISABEL M. LOPEZ, WILLIAM ESPINOZA, JR., ANGELA ESPINOZA, TERESA RICO and ISABEL LOPEZ<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, an individual, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT and DOES 1-10<br><br>Defendants. | CASE NO.  EDCV14-85ThB (SPx)<br><br>**STIPULATION AND (PROPOSED) ORDER** |

The parties, through their respective attorneys, stipulate as follows:

### RECITALS

A.  William Espinoza, Sr. is a Plaintiff in this action alleging various causes of action seeking compensation for personal injuries.

B.  Mr. Espinoza died on Monday, September 16, 2014.

STIPULATION AND (PROPOSED) ORDER

C. Counsel for the Plaintiffs wish to file an Amended Complaint setting forth various claims arising out of the same factual circumstances but now alleging that Mr. Espinoza died as a result of the conduct of the Defendants and the injuries sustained by Mr. Espinoza.

## STIPULATION

The parties hereto, through their respective attorneys, hereby stipulate that the Plaintiffs may file an Amended Complaint within 30 days of the signing of the Order set forth below, and the Defendants may file a pleading in response to the Amended Complaint within 20 days of their receipt thereof.

IT IS SO STIPULATED.

Dated: October 7, 2014        /ss/
                              DOUGLAS G. GRAY
                              Attorney for Angela Espinoza, et al.


Dated: October 7, 2014        /ss/
                              MARK E. OVERLAND
                              Attorney for William Espinoza, deceased


Dated: October 6, 2014        /ss/
                              BRUCE DISENHOUSE
                              Attorney for Defendants