# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ISABEL M. LOPEZ, WILLIAM ESPINOZA, JR., ANGELA LOPEZ, ISABEL ANN VILLA, and TERESA RICO,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEPUTY BRADLEY PENDLETON and DEPUTY ASHLEY VERA,<br><br>        Defendants. | Case No. EDCV 14-00085 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On September 15, 2015, this matter came on regularly for trial in Courtroom 1 of the above entitled Court, the Honorable Judge Jesus G. Bernal presiding. Plaintiffs appeared by Mark Overland, Courtney Overland, and Douglas Gray. Defendants appeared by Bruce E. Disenhouse.

1

 1       A jury was duly empaneled, witnesses were sworn and
 2  testified, and exhibits were received.  At the close of
 3  Plaintiffs' case in chief, all Defendants made Motions
 4  for Judgment as a Matter of Law pursuant to Federal
 5  Rule of Civil Procedure 50, subdivision (a).  The Court
 6  granted the motions as to Sheriff Stanley Sniff, the
 7  County of Riverside, and Deputy Nathan White.  The
 8  Court denied the motions as to Deputies Ashley Vera and
 9  Bradley Pendleton.  The Court also ruled that Plaintiff
10  Isabel Ann Villa had no standing to sue under either
11  federal or state law, and ordered her dismissed with
12  prejudice as a party herein.
13
14       The jury was then duly instructed and, after
15  hearing final argument, retired to deliberate.  On
16  September 24, 2015, the jury returned its unanimous
17  verdict in favor of Defendants Vera and Pendleton as
18  follows:
19
20     1. The jury found that Defendants Vera and Pendleton
21        were not negligent;
22
23     2. The jury found that Defendants Vera and Pendleton
24        were not deliberately indifferent to the Eighth
25        Amendment rights of William Ray Espinoza with
26        regards to housing classification;
27
28

3. The jury found that Defendants Vera and Pendleton did not violate Plaintiffs' First and Fourteenth Amendment rights.

WHEREFORE, it is hereby ADJUDGED and ORDERED that Defendants STANLEY SNIFF, COUNTY OF RIVERSIDE, NATION WHITE, ASHLEY VERA, and BRADLEY PENDLETON shall have judgment against the Plaintiffs and that Plaintiffs ISABEL M. LOPEZ, WILLIAM ESPINOZA, JR., ANGELA LOPEZ, ISABEL ANN VILLA, and TERESA RICO shall take nothing by reason of the Second Amended Complaint on file herein.

IT IS SO ORDERED.

Dated: September 30, 2015

_____
Jesus G. Bernal
United States District Judge