UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM RAY ESPOINOZA,<br><br>Plaintiff,<br><br>and<br><br>WILLIAM ESPINOZA, Jr.; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>STANLEY SNIFF, an individual; et al.,<br><br>Defendants - Appellees. | No. 15-56890<br><br>D.C. No. 5:14-cv-00085-JGB-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered July 26, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Margoth Turcios
Deputy Clerk
Ninth Circuit Rule 27-7